```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 22815
   JOHN D DILLARD
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-4779


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/28/2008 and was not confirmed.

     The case was dismissed without confirmation 11/06/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
FREMONT INVESTMENT AND L   CURRENT MORTG       .00           .00            .00
FREMONT INVESTMENT AND L   MORTGAGE ARRE  NOT FILED          .00            .00
CITI MORTGAGE              CURRENT MORTG       .00           .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG       .00           .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE  NOT FILED          .00            .00
VOLVO FINANCE              CURRENT MORTG       .00           .00            .00
VOLVO FINANCE              MORTGAGE ARRE  NOT FILED          .00            .00
THE GREENS OF OLYMPIA FI   SECURED        NOT FILED          .00            .00
EMC MORTGAGE CORPORATION   MORTGAGE NOTI  NOT FILED          .00            .00
EMC MORTGAGE CORPORATION   CURRENT MORTG       .00           .00            .00
EMC MORTGAGE CORPORATION   SECURED NOT I  78333.83           .00            .00
ASSET ACCEPTANCE           UNSECURED        102.82           .00            .00
ASSET ACCEPTANCE           UNSECURED       1052.14           .00            .00
ASSET ACCEPTANCE           UNSECURED        786.58           .00            .00
PRO SE DEBTOR              DEBTOR ATTY        .00                           .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                         --------------       --------------
TOTALS                        .00                  .00



               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 22815 JOHN D DILLARD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/25/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```